IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WILLIAM FORTNER,**

    Petitioner,                            **CASE NO. 2:09-cv-977**

**v.**

                                          **JUDGE GRAHAM**

**WARDEN, MANSFIELD CORRECTIONAL INSTITUTION,**

    Respondent

## OPINION AND ORDER

On May 5, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.


Date: June 8, 2010                                     S/James L. Graham
                                                   James L. Graham
                                                   United States District Judge